UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-758 |
| PHILIP J. KENNY | : | **ORDER** |

This matter having come before the Court on the motion of Defendant Philip J. Kenny for early termination of supervised release (Dkt. #21); and the Court having considered the submissions of the defendant and the United States; and for good cause shown;

**IT IS** on this 21 day of June, 2012,

**ORDERED** that defendant's motion for early termination of supervised release is **DENIED**; and it is further

**ORDERED** that the defendant's supervised release shall be **MODIFIED** to a lower intensity of supervision, which shall be determined by United States Probation; and it is further

**ORDERED** that all other conditions of supervised release shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge